IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHELLE OGDEN, as Personal Representative of the Estate of Zachari Johnson,;<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, et. al;<br><br>Defendants. | 4:16CV3193<br><br>**ORDER** |

IT IS ORDERED:

1) The parties' joint motion to stay pending mediation, (Filing No. 36), is granted.

2) Pending completion of the mediation and further order of the court, all activity in this case (including unexpired case progression deadlines, responses to discovery and motions, and any status and pretrial conferences, and the trial setting) is stayed.

3) The Clerk shall bring this file to the attention of the undersigned magistrate judge after April 1, 2019 or when notified that the mediation has been completed, whichever first occurs.

Dated this 10th day of January, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge